PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

CASE NUMBER *(Tran. Court)*
2:17CR00657-001

CASE NUMBER *(Rec. Court)*

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:

Kona Jones Barbera

DISTRICT
Eastern District of Pennsylvania

NAME OF SENTENCING JUDGE
The Honorable Gerald J. Pappert

DIVISION

DATES OF PROBATION/SUPERVISED RELEASE:
FROM 09/21/2023
TO 09/20/2026

OFFENSE:

18:1343 & 18:2 Wire fraud (Count 1); and 15:78j(b) and 78ff, 17 CFR, 240.10b-5 and 18:2 Securities fraud (Count 2).

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Eastern District of Pennsylvania**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Northern District of Georgia** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/16/73
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Northern District of Georgia**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/20/2023
*Effective Date*

*United States District Judge*